**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1937**

DEBORAH E. MAPP,

              Plaintiff – Appellant,

      v.

VIRGINIA DEPARTMENT OF BEHAVIORAL HEALTH & DEVELOPMENTAL
SERVICES,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge. (2:12-cv-00252-MSD-TEM)

Submitted: October 11, 2012          Decided: November 5, 2012

Before GREGORY, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Deborah E. Mapp, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah E. Mapp seeks to appeal the district court's order dismissing her complaint for failure to comply with a court order directing her to pay a $350 filing fee. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 15, 2012. Accordingly, the latest day for filing a timely notice of appeal was Monday, July 16, 2012. Mapp's notice of appeal, however, was not received for filing until Tuesday, July 17, 2012. See Fed. R. App. P. 4(d). Because Mapp failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we are constrained to dismiss the appeal as untimely. We also deny leave to proceed on appeal in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED